Exhibit 2



11/21/25, 11:05 AM    AUSSUA 25 in 1 on Bend Drain Cleaner Tool,Flog Remover Tool,6 Pack Drain Augers Hair Cleaning tool, Hair Catcher Shower Drain ...

Case: 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 3 of 45 PageID #:10



| 32 Inch Drain Snake, Anti-Break Metal Hair Removal Tool with Nylon Coating Sink Sna... | Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool for Sink... | 51 Inch Drain Hair Remover(6pack),34inch Drain Clog | Omont Snake Drain Hair Clog Remover Tool, 54 Inch Stainless Steel Claw and 3 Pack 1... | 6-Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A... | Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer Kitche... | 25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh... |
|---|---|---|---|---|---|---|
| ★★★★☆ 218 | ★★★★★ 644 | ★★★★★ 19 | ★★★★★ 19,153 | ★★★★★ 5,190 | ★★★★★ 21,718 | ★★★★★ 7,762 |
| $8⁹⁹ | Black Friday Deal | $7⁹⁹ | Black Friday Deal | $4⁹⁶ | $4⁴⁹ ($1.56 / count) | Amazon's Choice |
| ✓prime | -15% $5⁹⁴ | ✓prime | -20% $7⁹⁹ | ✓prime | ✓prime | $6⁹⁶ |
| | Typical price: $6.99 | | Typical price: $9.99 | | | ✓prime |
| | ✓prime | | ✓prime | | | |

## Product Videos



Natalie Cerny  Earns commissions
Unclog drain with these

-0:00

## Product information

### Item details

| | |
|---|---|
| Brand Name | AUSSUA |
| Product Benefits | Easily removes hair and other obstructions, cost-effective, and safe alternative to chemical cleaners |
| Manufacturer | AUSSUA |
| UPC | 606267169261 |
| Customer Reviews | 4.4 ★★★★☆ (4,185) 4.4 out of 5 stars |
| Best Sellers Rank | #19,280 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #50 in Drain Augers |
| ASIN | B08X4N55NF |
| Unit Count | 1.0 Count |

### Features & Specs

| | |
|---|---|
| Scent | Unscented |

### Measurements

| | |
|---|---|
| Item Weight | 0.08 Kilograms |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Product description

### Drain Clog Remover Tools

**Product Specification:**

**Material:** Polypropylene

**Size:** 25 inches

**Color:** Orange

Value Pack Set:

6 in 1 that will fulfill your need to easily remove hair and other obstructions

You will no longer need to afford expensive duct cleaner services

**Perfect Length:**

25 inches

It is flexible enough to insert deep pipes without disassembling the drain pipe, and easily pull out blockages

**Wide Application: Drain Clog Removal Tool is widely used in the removal of clogged objects such as pipes, kitchen sinks, toilets, washbasins, and bathtub drains.**

### Easy to Use

**Easy Operation:**

Just hold the handle ring, insert it, pull it up and down and rotate it several times to achieve the cleaning effect.

It can effectively remove hair and other blockages blocked in pipes and sinks, which is a must-have in all homes.

**Small tips:**

1. Strength must be moderate

2. The plastic hair drain cleaner tool's teeth are a bit sharp, please pay attention to protect the hand

Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 4 of 45 PageID #:20

3. Please keep it out of reach of children

Small Tool, Big Wisdom, Quality of Life Improvements Start with Our Drain Clog Remover Cleaning Tool

---

## Important information

### Safety Information

Strength must be moderate. The plastic hair drain cleaner tool's teeth are a bit sharp, please pay attention to protect the hand.

### Directions

1. Hold the handle ring. 2. Insert the tool into the pipe or drain. 3. Pull it up and down and rotate it several times to remove blockages.

---

### Products related to this item Sponsored ⓘ

| Hair Drain Clog Remover Tool - 6 + 15-inch Sink Snake + 1 + 24-Inch Drain Cleaner T... | Fortivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible ... | 4PCS Drain Augers Hair Drain Clog Remover, Bendable Cleaner, for Kitchen Catcher, S... | Drain Clog Remover Tool, 60" Stainless Steel Snake Unblocker,40" Snake Remover, 60"... | 25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Drain Clog Remover Tool, Drain A... | 6 Pair Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A... | Drain Snake Hair Drain Clog Remover - 5 Pack Shower Snake Sink Unclogger Tool with ... |
|---|---|---|---|---|---|---|
| ★★★★☆ 11,281 | ★★★★☆ 21,718 | ★★★★☆ 1,554 | ★★★★☆ 52 | ★★★★☆ 7,762 | ★★★★☆ 5,190 | ★★★★☆ 9,103 |
| $5⁹⁹ ($5.99 / count) | Black Friday Deal -20% $7⁹⁸ | $5⁹⁷ ($1.49 / ounce) | $9⁹⁹ | Amazon's Choice $6⁹⁶ | $4⁹⁶ | Black Friday Deal -30% $5¹⁹ |
| ✓prime | List Price: $9.99 ✓prime | ✓prime | You pay $9.29 with coupon ✓prime | ✓prime | ✓prime | ($1.86 / count) List Price: $7.99 ✓prime |

Sponsored ⓘ

### Similar brands on Amazon

Sponsored ⓘ

| Large Shower Hair Catcher Wall, White Hair Drain Catcher with Silicone Bristle... | 61 inch Drain Snake Grabber Claw Pickup Tool Drain Hair Remover Tool... | Drain Snake Clog Remover - 4 Pack 20 Inch Flexible Hair Drain Removal Tool f... | Disposable Disposable |
|---|---|---|---|
| ★★★★☆ 175 | 3.9 ★★★★☆ 66 | 4.3 ★★★★☆ 644 | 3.3 ★★★☆☆ |
| 4.0 | $8.99 | Black Friday Deal | $5.99 |
| Black Friday Deal | | $5.94 Typical price: $6.99 | |
| $9.23 Typical price: $10.99 | | | |

---

## Customer reviews

★★★★☆ 4.4 out of 5
4,165 global ratings

| 5 star | | 68% |
|---|---|---|
| 4 star | | 15% |
| 3 star | | 9% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work ⌄

Sponsored ⓘ

## Customers say

Customers find the drain cleaner effective, particularly for sink and tub drains, and consider it good value for money as it prevents the need for professional plumbing services. The tool is easy to use and successfully removes hair buildup, though some report it gets stuck in the drain. Customers disagree on the product's durability, with several noting that the teeth break off during use. While some consider it an excellent tool, others describe it as low quality.

⌁ Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness (149)   ✓ Value for money (70)   ✓ Ease of use (56)   ✓ Hair removal (55)

✓ Drain cleanliness (68)   — Quality (51)   — Drain function (13)   — Ease of break-in (6)

### Reviews with images

See all photos ›

### Top reviews from the United States

**Dulce Marquez**

★★★★★ **Works great! Great price**

Reviewed in the United States on October 13, 2025

**Verified Purchase**

This item is my go to drain hair removal. After paying $50 maintenance fee to have my bathtub cleared up by my apartment maintenance crew!! I saw what he was using and it was similar to this! This is easy to use, all you have to do is stick it in the drain give it a little turn and pull it right out. !

Helpful   Report

**Melissa**

★★★★★ **Works Well!**

Reviewed in the United States on October 19, 2025

**Verified Purchase**

Really gross to see what's in the drain. But relieved it's gone! Very easy to use and works!

Helpful   Report

**Dick**

★★★★☆ **They work**

Reviewed in the United States on October 21, 2024

11/21/25, 11:05 AM    Amazon.com: 35 Pcs 14280 Drain Cleaner Tool, Clog Remover Tool, 14 Pack Drain Auger Hair Cleaning Tool Hair Catcher Shower Drain …

Case 1:25-cv-14280   Document #: 1-2 Filed: 11/21/25 Page 5 of 45 PageID #:21



Verified Purchase
The hooks tend to get stuck in the drain, particularly in shower drain. Therefore care must be taken when removing cleaner tool so that it does not break. A better device would be less wide, so that it fits down shower drain easier. They work fine on sink drains.

Helpful    Report

Shain Hampton
★★★★★ Good but less flex than the bigger brands
Reviewed in the United States on May 22, 2025
Verified Purchase
Save the crystals and liquids for the kitchen sink. These are what you need for bathroom sinks, tubs, and showers. Works well but not as flexible as say BrassCraft or Zip-its. But also exponentially cheaper! So cheap that I don't reuse them and I simply throw them away. Trying to clean one of these for re-use is probably the grossest thing I've done on a job. I've seen wads of hair and false eyelashes come up its best to dump the whole thing and be done with it. 4.5 star product with 5 star disposability

Helpful    Report

Made in America
★★★★★ Drain cleaner
Reviewed in the United States on September 30, 2023
Verified Purchase
I moved into a new/used house and the drain was a bit slow in the shower and sinks. I am not calling a plumber out for that. When I used these, I got more than I expected. It was totally gross. I got a hairy thing about a foot long that came out of the drain.

Good thing it come in a pack of several. I just use it one time and toss it. I guess you can keep it but, I am not picking hairs off of it to reuse it. Besides, after wrestling with that hair monster, some splines were damaged in the process. It was not designed to be indestructible. It was designed to work. Otherwise they would only give you one, right?

If these cannot fix your problem, you may need a plumber.

Helpful    Report

Matthew B. Diehl
★★★☆☆ One arrived broken
Reviewed in the United States on January 13, 2025
Verified Purchase
Apart from the one broken piece, this did the job and I was able to unclog my sink. I think a little quality control is needed but otherwise ok

Helpful    Report

kathleen thompson
★★★★★ Drain is cleared
Reviewed in the United States on August 24, 2025
Verified Purchase
Heavy duty and grabs the hair. Opened my tub drain. Performed as I expected

Helpful    Report

BeachGurl
★★★★★ These work GREAT!
Reviewed in the United States on January 23, 2025
Verified Purchase
These work great! I've bought them several times for my shower drain. Just be careful when sticking it down the drain because they have little sharp spikes which grab onto hair. And since they're so cheap, I don't have to clean the hair off to reuse it. You could of course and I used too but sometimes that hair is so tangled and mixed with the conditioner and whatever else is in the drain, it's just gross and slimy. It is very satisfying to see all of the hair come out. I usually use 2-3 every few months and my drain runs fast again. No more standing in ankle deep water. They're easy to use and sturdy. And they are reusable, I just choose not too.

One person found this helpful

Helpful    Report

See more reviews ›

**Top reviews from other countries**

ramy ashraf
★☆☆☆☆ Not long enough and useless
Reviewed in the United Arab Emirates on February 1, 2025
Verified Purchase
Not long enough and useless

Report

See more reviews ›

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements



11/21/25, 11:11 AM    6 Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain Augers Hair Catcher Tools for Kitchen, Si…

Case 1:25-cv-14280 Document 1-2 Filed 11/21/25 Page 7 of 45 PageID #:23



11/21/25, 11:11 AM    ONEHERE Hair Drain Clog Remover Tool, 6 Pack Sink Snake Cleaner Cleaning Drain Auger Hair Catcher Tools for Kitchen, Si…

Case 1:25-cv-14280-JXN-LDW    Document #: 1-2    Filed: 11/21/25    Page 8 of 45 PageID #: 24

## Product Videos



## Product information

### Item details

| Brand Name | ONEHERE |
|---|---|
| Product Benefits | Removes clogs and hair, safe and non-toxic, durable and flexible design |
| Manufacturer | ONEHERE |
| UPC | 191814330107 |
| Customer Reviews | 4.3 ★★★★☆ (5,190) 4.3 out of 5 stars |
| Best Sellers Rank | #18,863 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #49 in Drain Augers |
| ASIN | B08L6G3PF3 |
| Unit Count | 1.0 Count |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ⌄

### Features & Specs

| Scent | Unscented |
|---|---|

### Measurements

| Item Weight | 0.3 Pounds |
|---|---|

## Product description

**Package Includes:**

6*25 inches plastic hair drain clog remover tools

Small Tools, Big Wisdom, Quality of Life Improvements Start with Our Drain Clog Remover Cleaning Tools!

6 in 1 drain cleaning tools, essential to every home life, unclog all drains with ease! You can delete your plumber number!

## Important information

**Safety Information**

Caution: Use the tool properly and keep it out of reach of children.

**Directions**

Insert the tool into the drain and either pull out any clogs or push them through.

## Products related to this item    Sponsored ⓘ







all other sorts of hair product.

I finally became fed up with it and the constant waddling of water in the shower. I searched through Amazon and stumbled upon these. At first glance I didn't think much of them. However, for the price and in a moment of desperation I said to hell with it and ordered it. You get exactly what is pictured: the metal rods with the claws and the plastic snake things.

Read more

67 people found this helpful

Helpful | Report

William Sander
★★★☆☆ Drain tool
Reviewed in the United States on October 25, 2025
Verified Purchase
The prongs are a smaller and break off easier than the ones from the store

Helpful | Report

Jen H
★★★★★ A Hairy Situation, Solved
Reviewed in the United States on December 14, 2024
Verified Purchase
These hair drain clog remover tools are a lifesaver! They're easy to use and incredibly effective at snagging hair and other debris that can clog drains. The flexible design allows you to reach deep into pipes, ensuring a thorough clean.
The 6-pack offers great value, and the tools are durable enough to withstand multiple uses. I've used them on kitchen, bathroom, and shower drains, and they've consistently cleared clogs without any fuss.

If you're tired of dealing with slow drains, these tools are a must-have.

Helpful | Report

Jason Gepperth
★★★★★ Works as advertised
Reviewed in the United States on January 4, 2023
Verified Purchase
I can confirm what most others have left in reviews:

1) The device is easy to use, just shove it down your sink/tub drain, jiggle around, pull out, and gag from nasty hair clumps that you can wipe off before repeating the process a few times until nothing else comes out.

2) I did not use the object clutching device (silver) that comes with the plastic drain decloggers (orange) and cannot speak for it.

3) This device works way better than liquid/draino solutions and is environmentally better to boot.

4) Yes, the plastic prongs can catch in the drain and occasionally snap, but as long as you are patient and not jerking crazily it will happen minimally. Only two prongs broke off despite repeated (5-7) uses on both

Read more

14 people found this helpful

Helpful | Report

See more reviews ›

| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Case: 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 12 of 45 PageID #:28



11/21/25, 11:14 AM    Amazon.com: Drain Snake Clog Remover Tool, 3 Pack Cleaner Hair Remover Snagular for Sewer Kitchen Sink Bathroom Tub Toilet: …

Case: 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 13 of 45 PageID #:20



### From the brand

About Us

We are a group of people who love life. We know the little niggles – the cluttered spaces, the hard-to-reach corners. So we create practical, thoughtful products that make life easier. Simple solutions that really make life easy for us. Our goal is to bring comfort, order and a touch of pleasure to your everyday life. Because a better home means a better life.

3 Pack Drain Clog R
Visit the Store

---

### Product description

**3-Pack 20-Inch Efficient Drain Clog Remover Tool Set**

Say Goodbye to Clogs – Meet Your Drain's New Best Friend!

Tired of messy, ineffective drain cleaners? Our **Drain Clog Remover Tool** is the quick, solution to unclog hair, soap scum, and debris in seconds—no chemicals, no fuss!

## Flexible enough, suitable for various complex pipe

## Useful sewer cleaning tool

- **Strong & Durable:** Made from flexible yet sturdy material to reach deep into pipes and pull out blockages without breaking.
- **Reusable:** Stop wasting money on disposable drain cleaners! Rinse and reuse our hook for endless clogs.
- **Easy to Use:** No tools or plumbing skills needed. Simply insert, hook the debris, and pull —your drain flows freely again!
- **Versatile:** Works on sinks, showers, bathtubs, and even washing machine drains. A must-have for every household!

## How It Works (Simple Steps!)

11/21/25, 11:14 AM    Amazon.com: Drain Snake Hair Clog Remover Tool, 5-Pack Created Hair Removal Snake Tool for Sewer Kitchen Sink Bathroom Tub Toilet: …

Case: 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 14 of 45 PageID #:30



Insert the drain snake into the drain (Please make sure your sink hole is bigger than 0.45in before purchase).

Rotate gently to catch hair and gunk.

Pull out the clog—no more standing water!

Rinse & Repeat as needed.

# Wide range of applications

| Q | Will this scratch my pipes? | ⌄ |
|---|---|---|

| Q | How do I clean it? | ⌄ |
|---|---|---|

| Q | Can it handle thick hair or heavy debris? | ⌄ |
|---|---|---|

| Q | Is this drain snake suitable for all pipe sizes? | ⌄ |
|---|---|---|

## Why Customers Love It ?

- **Saves Money** – Ditch expensive plumbers and chemical cleaners.
- **Saves Time** – Fix clogs in 30 seconds flat.
- **No Harsh Smells** – Unlike liquid drain openers, it's odor-free!
- **Perfect For:** ✓ Bathroom sinks ✓ Shower drains ✓ Pet owners ✓ Long-haired households ✓ Renters & homeowners.

## Product details

**Product Dimensions :** 20 x 0.45 x 0.72 inches; 1.76 ounces

**Item model number :** YS08

**Date First Available :** February 24, 2025

## Product Videos



## Important information

### Safety Information

Ensure the sink hole is bigger than 0.5 inches before use.

### Ingredients

PP

### Directions

Insert the drain snake into the clogged drain. Rotate it a few times to hook the hair and debris. Pull it out and repeat the operation until the drain is clear. Ensure the sink hole is bigger than 0.5 inches before use. The product is easy to rinse and reusable, making it environmentally friendly.

**Legal Disclaimer**

Statements regarding dietary supplements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

**Based on your recent views** Sponsored ⓘ

        

| 6 Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A... | 25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Cather Sh... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | 4PCS Drain Augers Hair Drain Clog Remover, Bendable Cleaner, for Kitchen Catcher, S... | Fortivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible ... | 25 Inch Hair Drain Cleaner Tool, Clog Remover Tool, 6 Pack Drain Auger Hair ... | 5 Pack 25inch Drain clog remover, Snake Drain Remover tool, Showe... |
|---|---|---|---|---|---|---|
| ⭐ 5,190 | ⭐ 7,762 | ⭐ 9,672 | ⭐ 1,534 | ⭐ 21,718 | ⭐ 4,165 | ⭐ 1,214 |
| $4⁹⁶ | Amazon's Choice $6⁹⁶ | $7⁹⁹ | $5⁹⁷ ($1.49 / ounce) | Black Friday Deal -20% $6⁸⁹ Typical price: $7.99 | $4⁹⁹ | -38% $7⁹⁹ ($0.24 / count) List: $12.99 |
| ✓prime | ✓prime | ✓prime | | ✓prime | ✓prime | ✓prime |



Sponsored ⓘ

**Similar brands on Amazon**

Sponsored ⓘ

   

| Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,... | Universal Bathroom Sink Stopper Hair Catcher Upgraded with 2-Layer... | FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom,... | Toilet Plun Air Plunge |
|---|---|---|---|
| 4.5 ⭐ 71,225 | 4.3 ⭐ 94 | 4.4 ⭐ 35,414 | 4.8 ⭐⭐⭐ |
| $8.52 List: $9.59 | $9.99 | $19.75 | $24.99 |

---

**Customer reviews**

⭐ 4.4 out of 5

263 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 72% |
| 4 star | ▭ | 15% |
| 3 star | ▭ | 6% |
| 2 star | ▭ | 3% |
| 1 star | ▭ | 4% |

How customer reviews and ratings work ⌄

Sponsored ⓘ

**Customers say**

Customers find the drain snake effective at removing hair from clogged drains, with one mentioning it clears tub drains immediately. The product receives positive feedback for its quality, ease of use, and value for money.

ᴀɪ Generated from the text of customer reviews

**Select to learn more**

✓ Effectiveness (36)   ✓ Quality (12)   ✓ Value for money (12)   ✓ Ease of use (11)

**Reviews with images**                                    See all photos ›

     

---

**Top reviews from the United States**

Chris Grosvenor

⭐⭐⭐⭐⭐ **Great product at a great price**

Reviewed in the United States on October 29, 2025

Verified Purchase

Great product and arrived right on time. Always does the trick!

[ Helpful ]   Report

Chelsea Girl

⭐⭐⭐⭐⭐ **This really works!**

Reviewed in the United States on November 6, 2025

Verified Purchase

My bathroom sink was clogged because the stopper does not detach. I tried Draino and another drain cleaner and neither worked. However, this. Drain snake cleared the clog immediately. It's easy to use and does the job in minutes.

11/21/25, 11:14 AM  Drain Snake, 14 Inch Clog Remover Tool, 3-Pack Created Hair Removal 25 Sin Snake...ke for Sewer Kitchen Sink Bathroom Tub Toilet: ...

Case: 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 16 of 45 PageID #:32



Helpful     Report

perla chavez

★★★★☆ **Good quality**
Reviewed in the United States on October 26, 2025
Verified Purchase

The edges are a bit sharp, would recommend to be careful when holding but it pulled all the hair out of the drain. Worked great

Helpful     Report

Don Boone

★★★★★ **Inexpensive and effective**
Reviewed in the United States on November 1, 2025
Verified Purchase

Did exactly what it was supposed to do! Inexpensive and effective

Helpful     Report

I buy too much

★★★★★ **Household necessity**
Reviewed in the United States on November 13, 2025
Verified Purchase

My 2nd time buying these they work really well and I avoid using harsh cleaners. With 3 women in the household and a border collie our showers and tubs get some work and these have helped out so much sometimes its too gross so I throw them out but it is very durable plastic so you can reuse many times

Helpful     Report

Aaron Johnson

★★★★★ **Quick and easy**
Reviewed in the United States on September 19, 2025
Verified Purchase

Does just what it needs to, easy and effective

Helpful     Report

hop

★★★★★ **un clogs the sink**
Reviewed in the United States on September 19, 2025
Verified Purchase

good price

Helpful     Report

Jobu

★★★☆☆ **does waht most people want it to do, but**
Reviewed in the United States on October 17, 2025
Verified Purchase

It's' ok but didn't do what I was looking for. We don't have a hair problem, we have a drain slime goo problem. This didn't do the job, but not the sellers fault at all.

Helpful     Report

See more reviews ›

Sponsored ⓘ

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.



11/21/25, 11:19 AM    3 Pack Hair Drain Clog Cleaning Tool, Hair Drain Clog Remover Tool, Drain Augers Hair Catcher Tools for Kitchen, Sink Bathroo...

Case: 1:25-cv-14260 Document #: 1-2 Filed: 11/21/25 Page 18 of 45 PageID #:84





## Product information

### Item details

| Brand Name | Generic |
| --- | --- |
| Manufacturer | 1 |
| Customer Reviews | ★★★★★ (1) <br> 5.0 out of 5 stars |
| Best Sellers Rank | #587,309 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) <br> #1,060 in Drain Augers |
| ASIN | B0FHGPSMJC |
| Included Components | 1 |
| Item Height | 1 inches |

### Style

| Color | Orange |
| --- | --- |

### Materials & Care

| Material Type | Acrylonitrile Butadiene Styrene (ABS) |
| --- | --- |
| Finish Types | Plastic |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Product Description

Drain Augers

## Products related to this item  Sponsored ⓘ

3 PCS Drain Snake Hair Clog Remover Tool, Shower Snake Sink Unclogger Tool Hair... <br> $7⁹⁹ <br> ✓prime

Forlivese 8 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible ... <br> ★★★★☆ 21,718 <br> Black Friday Deal <br> -20% $17⁹⁹ <br> List Price: $9.99 <br> ✓prime

Drain Cleaner Tool, Drain Clog Remover Tool, Drain Clog Remover (1pc), Drain Snake ... <br> ★★★★☆ 10 <br> $4⁹⁹ <br> ✓prime

10 PCS Snake Hair Drain Clog Remover Tool Set, Snake Drain Hair Removal Tool,... <br> ★★★★☆ 34 <br> $10⁹⁹ <br> ✓prime

25 Inch Snake Drain Clog Remover Tool, 6PCS Hair Drain Clog Remover Tool, Drain Cleaner Tool, Hair Cather Sh... <br> ★★★★☆ 96 <br> Amazon's Choice <br> $4⁹⁹ ($1.25 / count) <br> ✓prime

6 Pack Hair Drain Clog Cleaning Tool, ONEHERE Hair Drain Clog Remover Tool, Drain A... <br> ★★★★★ 7,762 <br> $6⁹⁶ <br> ✓prime

4PCS Drain Augers Hair Drain Clog Remover, Bendable Cleaner, for Kitchen Catcher, S... <br> ★★★★☆ 1,534 <br> $5⁹⁷ ($1.49 / ounce) <br> ✓prime

Sponsored ⓘ

## Similar brands on Amazon
Sponsored ⓘ

Liquid-Plumr Pro-Strength Clog Destroyer, Liquid Drain Cleaner, 80 Flui... <br> ★★★★☆ 6,048 <br> $9.88  List: $10.37

Foaming Drain Cleaner, Sink Cleaner and Deodorizer, Drain Clog Remover for ... <br> ★★★★☆ 96 <br> Black Friday Deal <br> $20.52  List Price: $25.98

2026 Upgrade Powerful Sink Drain Cleaner, Sink and Drain Cleaner, Multi-... <br> ★★★★★ 1 <br> Black Friday Deal <br> $21.59  Typical price: $26.99

Green Gob... <br> Controls F... <br> ★★★★☆ 4.1 <br> $25.47  L...

## Customer reviews

★★★★★ 5 out of 5

1 global rating

| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work ⌄

### No customer reviews

There are 0 customer reviews and 1 customer rating.

Sponsored ⓘ



Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 21 of 45 PageID #:37

All    Rufus    Holiday Deals    Same-Day Delivery    Amazon Haul    Medical Care ▾    Luxury    Amazon Basics    **Black Friday Week starts Nov 20**

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

Shop FlexiSnake

Sponsored

### Customers who viewed this item also viewed



Drain Clog Remover, 25inch Drain Snake Hair Remover(3pcs), Hair Catcher
4.2    3,985
$5⁹⁹ ($5.99/count)



Hair Drain Clog Remover Tool – 6 × 25-Inch Sink Snake + 1 × 24-Inch Drain Cleaner Tool,
4.3    11,274
$5⁹⁹ ($5.99/count)



DR.PEN Flexible Grabber Claw Pick Up Reacher Tool (Drain Clog Remove Tool), With 4
4.2    7,750
$9⁹⁸

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers



Click to see full view



**⊹ Ask Rufus**

Can it remove hair clogs?    Is it flexible enough for tight spaces?

Does it work on bathroom sinks?    Ask something else

# Omont Snake Drain Hair Clog Remover Tool, 34 Inch Stainless Steel Claw and 3 Pack 19. 7 Inch Plastic Sink Unclogger Tool, Sink Drain Cleaner Tool for Kitchen, Sink Bathroom, Tub Toilet Orange (3+1)

Visit the Omont Store

4.4    (19,144) | Search or ask

**100+ bought** in past month

$8⁹⁹

**Overnight**

FREE Returns

**Thank you for being a Prime member. Get $250 off:** Pay **$0.00** $8.99 upon approval for Prime Visa.

Style: Orange 3pcs Sink Snake+Steel Claw


$7.99
FREE Delivery Wednesday


$8.99
FREE Delivery Overnight 4 AM - 8 AM

$8.99
FREE Delivery Wednesday


$9.99
FREE Delivery Wednesday


$9.99
FREE Delivery Wednesday

| Brand | Omont |
| --- | --- |
| Scent | Unscented |
| Item Weight | 0.05 Kilograms |
| Product Benefits | Easily removes soft and solid clogs in kitchen and bathroom sinks, tubs, and toilets with reusable, flexible, |
| Manufacturer | Omont |

### About this item

- 2-in-1 SNAKE DRAIN SET : 3 pack 19." plastic drain clog removers and 1 pack 34" flexible grabber claw pick up tool with 4 claws.
- SOFT CLOGS REMOVAL : Both sides of 3 pack drain cleaners have barbs from top to bottom and snake drain pulls clustered hair and soft

$8⁹⁹

**Overnight**

FREE delivery **Overnight**
**4 AM - 8 AM** on qualifying orders over $25. Order within **11 hrs 18 mins**

⊘ Shorter shipping distance

Deliver to Chicago 60602

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
| --- | --- |
| Sold by | Omont |
| Returns | FREE refund/replacement until Jan 31, 2026 |

Options  Available at checkout

☐ See more

to List

Sponsored

Deliver to Chicago 60602    Tools & Home Improvement ▾

Hello, Angie
Account & Lists    EN    Returns & Orders    0

11/10/25, 8:11 AM Omont Snake Drain Hair Clog Remover Tool, 34 Inch Stainless Steel Claw and 3 Pack Flexible Sink Clogger Tool, Sink…

Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 22 of 45 PageID #:38

- **SOLID CLOGS REMOVAL** : A pencil drop into the drain? No problem! Our stainless steel claw tool can catch a variety of small items from deep drain easily,and it is flexible enough to insert a deep pipe as well.
- **FLEXIBLE AND EASY TO USE** : Drain clog remover tools are soft enough to bend in many kinds of strainers and pipes, flexible with 360-degree rotation, perfect for kitchen, bathroom sinks, tubs where most clogs occurred.
- **ENVIRONMENTALLY FRIENDLY** : Reusable snake drain, environmental friendly and more convenient than chemical drain cleaners. No one wants to get their skin burned or irritate their respiratory system. Try it for yourself, and purchase it right now!

› See more product details

Report an issue with this product or seller

### 4+ star item to consider



Amazon Basics Flexible Drain Clog Remover Snake Tool, Effective for Hair and Debris Cleaning, 19.6-Inch, 12 Pack

(2705)

$11.09

Sponsored

---

## Customers also bought

Based on products customers bought together



**This item:** Omont Snake Drain Hair Clog Remover Tool, 34 Inch Stainless Steel Claw and 3 Pack...

4.2   19,144

$8⁹⁹

+



Sponsored

FlexiSnake Drain Weasel Sink Snake Hair Clog Remover Tool, Pipe, Bathroom, Bathtub Clean...

4.4   35,364

$19⁹⁹

+



Sponsored

TubShroom Ultra Revolutionary Bath Tub Drain Protector Hair Catcher/Strainer/Snare Stainles...

4.7   63,071

-19% $12⁹⁹

List: $15.99

Total price: $41.97

**Add all 3 to Cart**

These items are shipped from and sold by different sellers.

Show details

---

### Based on your recent views Sponsored

Deliver to
Chicago 60602

Tools & Home Improvement ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

11/10/25, 8:11 AM    Omont Drain Clog Remover Tool, 3-Pack Stainless Steel Claw and 2-Pack 31 Inch Flexible Sink Clogger Tool, Sink…

Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 23 of 45 PageID #:39







63 Inch Drain Clog Remover Tool + 4X50 Inch Drain Snake Hair Remover, Flexible Meta...

36

-11% $6⁹⁹

Typical: $7.89

63 Inch Drain Snake Hair Drain Clog Remover Tool, Flexible Sink Snake Drain Cleaner...

19

$9⁹⁹

35.5 Inch Drain Clog Remover Tool (1pc), 30 Inch Sink Snake Drain Tool (5 pcs) & 59...

347

-31% $8⁹⁹

List: $12.99

Drain Snake Clog Remover Tool: 5 × 30 Inch Sink Snake + 1 × 35.5 Inch Drain Cleaner...

23

$11⁹⁹

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs)...

63

Amazon's Choice

$6⁹⁹

You pay $10.79 with coupon

Drain Clog Remover Tool, 60" Stainless Steel Drain Unblocker Snake Remover...

49

$9⁹⁹

## Products related to this item  *Sponsored* ⓘ








39inch Drain Clog Remover(x1), 20inch Drain Snake Hair Remover(x3) & ...

2,684

$10⁶⁷ ($1.78 / count)

12 Pack Drain Clog Remover Kit, 59" Drain Snake(2pcs), ...

63

Amazon's Choice

$9⁹⁹

Drain Clog Remover Tool, 60" Stainless Steel Drain Unblocker, 40" Snake Remover, 60"...

49

$9⁹⁹

61 Inch Drain Snake Hair Drain Clog Remover Tool Set, Flexible Sink Snake Drain Cle...

18

-20% $7⁹⁹

Typical: $9.99

Forlivese 3 Pack 25 Inch Drain Snake,Drain Clog Remover,Sink Snake for Sewer Kitche...

21,623

-8% $4⁵⁹ ($1.53 / count)

Typical: $4.99

Drain Clog Remover 25inch Drain Snake Remover(3pcs), Catcher Drain A...

3,

$5⁹⁹ ($5.99 / cou

---

## Product description

**Omont Drain Clog Rmover Tool—— Help You Solve the Trouble of Pipe Blockage**

### Omont Drain Clog Rmover Tool

Why choose Omont drain clog remover tool?

· Best quality: PP + stainless steel materials with good toughness

· Long enough (34 inch ) to go deep into sink pipes

· If you have any question about our product, please tell us, we will help you.

Case 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 24 of 45 PageID #:40

## Product Videos



**Anne**
Customer Review: I am a handyma'am, I recommend 1000%  |  See Full Review

-0:00

🔴✦ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it remove hair clogs?        Is it flexible enough for tight spaces?        Does it work on bathroom sinks?

Is this tool reusable?        Can it be used on a toilet?

Deliver to
Chicago 60602          Tools & Home Improvement ▾                    EN    Hello, Angie    Returns    0
                                                                           Account & Lists  & Orders

11/10/25, 8:11 AM

Omont Drain Remover Cleaner Tool,4-Inch Stainless Steel Claw Auger 25 of 4Inch Rigid Sink Unclogger Tool, Sink...

Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 25 of 45 PageID #:41

## Item details

| | |
|---|---|
| Brand Name | Omont |
| Product Benefits | Easily removes soft and solid clogs in kitchen and bathroom sinks, tubs, and toilets with reusable, flexible, and environmentally friendly tools. |
| Manufacturer | Omont |
| Customer Reviews | 4.2          (19,144)<br>4.2 out of 5 stars |
| Best Sellers Rank | #24,611 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement)<br>#61 in Drain Augers |
| ASIN | B08BLBRPZP |
| Unit Count | 4 Count |

## Features & Specs

| | |
|---|---|
| Scent | Unscented |

### Measurements

| | |
|---|---|
| Item Weight | 0.05 Kilograms |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

---

## From the brand

Welcome to Omont – Where Home Harmony Begins! At Omont, we redefine your living spaces with a premium selection of exquisite home products. From luxurious bedding to contemporary kitchenware, our brand is dedicated to bringing comfort and style to every corner of your home.

**Omont Home & Liv**

| Deliver to<br>Chicago 60602 | Tools & Home Improvement | | EN | Hello, Angie<br>Account & Lists | Returns<br>& Orders | 0 |

11/10/25, 8:11 AM                    Drain Snake Drain Hair Clog Remover Tool 3-in-1 Stainless Steel Claw Auger 28.7 Inch Plastic Sink Unclogger Tool, Sink...

**Directions**

1. Identify the clogged drain. 2. Insert the appropriate tool (plastic or stainless steel) into the drain. 3. For plastic tools, twist and pull to remove the clog. For stainless steel tool, flex and maneuver to retrieve the clog. 4. Dispose of the collected debris. 5. Rinse the tool and the drain for reuse.

## Related products with free delivery Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| Drain Clog Remover Tool, 30 Inch Sink Snake Hair Clog Remover with Rotating Handle ... | 5 in 1 Compatible for Drain Snake Hair Drain with 5 Packs Drain Auger Clog Remover ... | The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3... | 30 Inch Drain Snake Hair Clog Remover, Anti-break Metal Sink Snake Drain Cleaner To... | 12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Steel Sink Snake(2pcs), ... | Drain Clog Remover Tool, 60" Stainl Drain Unblocked Snake Remover ... |
| 114 | 9,665 | 2,951 | 26 | 63 | 49 |
| -25% $5⁹⁹ | $7⁹⁹ | $14⁹⁵ ($4.98 / count) | $8⁵⁴ | Amazon's Choice | $9⁹⁹ |
| Typical: $7.99 | | | | $9⁹⁹ | |

Sponsored

## Similar brands on Amazon
Sponsored

  

| | | |
|---|---|---|
| Washing Machine Cleaner Descaler 24 Pack - Deep Cleaning Tablets For HE... | Green Gobbler Drain Clog Dissolver \| Powerful Liquid Drain Opener & Toilet... | WOHPW To Toilet Plung |
| 4.6       142,626 | 4.2       108,743 | 4.5 |
| $19.95 | $23.68 | $35.99 |

## Customer reviews

**4.2 out of 5**

19,144 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 16% |
| 3 star | | 10% |
| 2 star | | 4% |

### Customers say

Customers find the drain opener effective at clearing clogs and removing hair buildup, with one customer noting it works great for hair clogs. The tool is easy to use, particularly for sinks and tubs, and customers consider it a good value that saves money on plumbers. However, the product's sturdiness receives negative feedback, with customers reporting that the plastic parts break off easily and the metal claw is not well-made.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Works well    ✓ Drain cleanliness    ✓ Ease of use    ✓ Quality    ✓ Value for money

✓ Hair removal    ⊖ Sturdiness    ⊖ Breakage rate

Deliver to
Chicago 60602          Tools & Home Improvement ⌄          EN          Hello, Angie
Account & Lists          Returns
& Orders          0



Sponsored

   

## Top reviews from the United States

 Lyss

**Works like a charm**

Reviewed in the United States on September 17, 2025

Style: Orange 12pcs Sink Snake+Steel Claw    **Verified Purchase**

This really does help unclog the drain and helps pull up the hair stuck in the drain. Great value for what you paid for this set. The metal one is great for grabbing little items that fell down the drain. Would buy again if I needed to.

Helpful    Report

Kindle Customer

**Works great!!**

Reviewed in the United States on September 17, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

I was a bit skeptical about the effectiveness of this product but was gleefully proven wrong. Works great! I used it in my master bathroom sink and guest bathroom tub and now water drains so nicely and unclogged. So much hair and gunk buildup!

Helpful    Report

tony dadamo

**works fine**

Reviewed in the United States on April 13, 2025

Style: Orange 3pcs Sink Snake+Steel Claw    **Verified Purchase**

works fine

Helpful    Report

 Windy M Greenway

**If you have hair, you should have this in your house.**

Reviewed in the United States on August 9, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

I have six kids. Everyone has long or longish hair. Add to that body scrubs, conditioner, bath products, etc, and you can imagine what our drains look like. I needed help, and not a plumber, because who has time for a second job to pay for that? So, I decided to try this. Oh. My. Goodness. I could try and describe to you what I pulled out of the drain, but then I'd feel like I had to pay for your counseling. So, I'll just say that I felt like I should have put it in a box and buried it with a headstone next to our former guinea pig. The drain is super fast, now. Totally recommend. Works like a charm. Is easy to use. Perfect length.

Helpful    Report

Stephanie

**Just okay**

Reviewed in the United States on October 9, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

These worked okay. While it did get some hair out of the drain, I found that it easily got stuck and when trying to remove from the drain the plastic started to break. I will use them, but next time I need to buy more I will probably search elsewhere.

Helpful    Report

Deliver to
Chicago 60602

Tools & Home Improvement

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

https://www.amazon.com/Omont-Drain-Remover-Cleaner-Cleaning/dp/B08BLBRPZP/ref=pd_ci_mcx_di_int_sccai_cn_d_sccl_1_7/130-6793344-377…    7/10

Reviewed in the United States on October 20, 2025
Style: Orange 3pcs Sink Snake+Steel Claw    **Verified Purchase**

This snake has a grabber claw on the end of it that you control. The amount of hair and build up I was able to pull out of an old drain was insane! Typically, to get this much out of a drain, you'd have to take the pipes apart to clean out but this did the job with as little problem or mess as possible. One of the best, cheap buys this year!

Helpful    Report

@rei

**Good removal tool, but effective length is 17"**
Reviewed in the United States on January 12, 2020
Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Used it for both bathtub and sinks. Even though it came coiled, the plastic is very flexible, but sturdy. The only thing I was afraid of was that it can break inside the drain and that would be a REAL problem. But everything worked pretty well. Sorry no pictures of the process as I am not going to make you puke with that disgusting stuff I took out of the drain. The tool is very handy and easy to use - the standard P-trap in the bathtub drain wasn't problem for it. Small but sharp tendrils cleared completely the drain. I didn't even twisted it or did any other weird movement. Just push it in and take out - you are done, almost..
I am sure you want to use it again and again in the future, so you need to clean this thing - that is the toughest part of the job. As those plastic tendrils are not going to let off the "loot" and you gonna spent some time.

Pros:
It is flexible and solid tool which definitely does it's job.
Ready to use as soon as you get it and it is reusable, but not sure how many times.

⌄ Read more

17 people found this helpful

Helpful    Report

Rich Reviews

**Gets the job done, but flimsy for tough clogs**
Reviewed in the United States on October 13, 2025
Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Gets the job done, but flimsy for tough clogs

I bought this Omont drain hair remover set mainly for bathroom sink and tub clogs caused by hair buildup, and it's definitely a handy, inexpensive fix compared to calling a plumber. The flexible plastic snakes easily slide into the drain and pull out a surprising amount of hair and gunk. The metal claw tool is particularly useful for fishing out small objects or deeper clogs.

That said, durability is the main issue. The plastic teeth can bend or break if you twist too hard or encounter a tight bend, and the metal claw feels a bit light-duty. It's best suited for light to moderate clogs — not hardened blockages. After a few uses, I noticed some wear and bending at the base of the tools.

For under $10, though, this set pays for itself after one use, and it's safer than chemical drain cleaners. Just don't expect it to last forever or handle heavy-duty clogs.

⌄ Read more

Helpful    Report

**See more reviews ›**

## Top reviews from other countries

Muhammad

Deliver to
Chicago 60602    | Tools & Home Improvement ⌄ |    EN    Hello, Angie
Account & Lists    Returns
& Orders    0

11/10/25, 8:11 AM
Case 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 29 of 45 PageID #:45
Omont Drain Hair Clog Removal Tool, 3+4 in 1 Stainless Steel Claw Ange 2x 1.5 inch Hooks Sink Unclogger Tool, Sink…

Nice

Report

---

Kindle Customer

**Great tool**

Reviewed in Canada on September 1, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Great product to have for bath tubs and sinks removed all the gunk. Im very pleased with this product.

Report

---

George

**It works**

Reviewed in Australia on July 3, 2021

Style: Green 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Pulls out clumps of hair and unclogs the pipe in minutes. A few attempts is required to get all the hair out. You'll have a clean pipe in the time it takes to ring a plumber.

Report

---

jinkie

**Not stainless**

Reviewed in the United Arab Emirates on December 29, 2023

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Gets rusty

Report

---

Amazon Customer

**Amazing product.**

Reviewed in Canada on January 11, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Pulled a massive handful of hair and gunk out with ease. Bath drain hasn't worked so well in years.

Report

---

**See more reviews ›**

Back to top

**Get to Know Us**

Careers

**Make Money with Us**

Sell on Amazon

**Amazon Payment Products**

Amazon Visa

**Let Us Help You**

Your Account

Deliver to
Chicago 60602

Tools & Home Improvement

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English          United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

11/10/25, 8:18 AM
Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 31 of 45 PageID #:47
Omont Snake Drain Hair Clog Remover Tool,13-Inch stainless Steel Claw Auger Pack of 4 for Plugin Sink, Unclogger Tool, Sink...

Deliver to
Chicago 60602
All ▾   Search Amazon
EN ▾   Hello, Angie
Account & Lists ▾   Returns
& Orders   0

Shop Green Gobbler

Sponsored

Tools & Home Improvement › Plumbing › Drain Cleaning Equipment › Drain Augers






Click to see full view

### Snake Drain Hair Clog Remover: Remover Auger Cleaning Tool (12pcs) with Steel Claw for Tub Shower Bathroom Toilet Sink

Visit the Omont Store

4.2   (19,144)   | Search or ask

50+ bought in past month

$9.99

**Two-Day**

FREE Returns

Did you know? There's no annual fee for Prime Visa. Get a $250 Amazon Gift Card instantly upon approval. Learn more

Style: **Orange 12pcs Sink Snake+Steel Claw**


$7.99
FREE Delivery
Wednesday


$8.99
FREE Delivery
Overnight 4
AM - 8 AM


$8.99
FREE Delivery
Wednesday


$9.99
FREE Delivery
Wednesday


$9.99
FREE D
Wedne   See more

| Brand | Omont |
|---|---|
| Item Weight | 0.17 Kilograms |
| Product Benefits | Reaches deep into pipes, removes hair and other blockages, multi-purpose use |
| Manufacturer | Omont |
| Number of Items | 13 |

### About this item

- Plastic drain clog remover is 19.7 inch length, 0.31 inch width, 1.57 inch handle's width. It's long enough to go deep into sink pipes.
- The stainless steel cleaner is about 24 inch length, 0.9 inch width, PP + stainless steel materials with good toughness, there is a claw can grip hairs and other blockages tightly.
- Package including 12 PCS drain hair clog remover, 1PCS stainless steel claw for sink, tube, kitchen and bathroom drain cleaning.
- Drain clog remover tool is used PP material, its softness and hardness are proper; it's very easy to bend to plug into pipes, like snake moving.
- Drain cleaner tool can be applied to many places widely, for cleaning bathrooms, kitchen, sinks, tubs where most clogs occurred. Multi-tooth drain clog remover efficiently catch hair, food and other blockages.

› See more product details

Report an issue with this product or seller

$9.99

**Two-Day**

FREE delivery **Wednesday, November 12**. Order within **16 hrs 41 mins**

Deliver to Chicago 60602

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Omont
Returns   FREE refund/replacement until Jan 31, 2026
Packaging   Ships in product packaging

Add to List

Sponsored

https://www.amazon.com/Omont-Drain-Remover-Cleaner-Cleaning/dp/B07GS25CPR/ref=sr_1_4?dib=eyJ2IjoiMSJ9.qNANZZy5Djy_8DgZ_h7QxpAaj...   1/10

11/10/25, 8:18 AM    Omont Drain Hair Clog Remover Tool, 3-in-1 Stainless Steel Claw Auger Pack of 4 Inch Flexible Sink Unclogger Tool, Sink…

Case 1:25-cv-14280-Document #: 1-2 Filed: 1/21/25 Page 33 of 45 PageID #:48

Deliver to
Chicago 60602    All ▾    EN    Hello, Angie    Returns    0
                                  Account & Lists    & Orders

Remover Snake Tool, Effective for
Hair and Debris Cleaning, 19.6-Inch,
12 Pack
(2705)
$11.09

## Customers also bought

Based on products customers bought together

 +  + 

Total price: **$36.56**

[ Add all 3 to Cart ]

These items are shipped from and sold by
different sellers.
**Show details**

**This item:** Snake Drain Hair Clog
Remover: Remover Auger
Cleaning Tool (12pcs) with Stee…
4.2    19,144
$9.99

Sponsored
FlexiSnake Drain Weasel Sink
Snake Hair Clog Remover Tool,
Pipe, Bathroom, Bathtub Clean…
4.4    35,364
$19.99

Sponsored
Liquid-Plumr Pro-Strength Hair
Eliminator Gel Clog Remover, Hair
Clog Remover and Drain Opene…
4.6    16,241
-14% $6.58 ($0.41/fluid ounce)
List: $7.69

## Based on your recent views   Sponsored ⓘ

     

Drain Clog Remover
Tool, 60" Stainless Steel
Drain Unblocker, 40"
Snake Remover, 60"…
69
$9.99

Drain Snake 12 Set:
25inch Snake Drain Hair
Removal Tool(1PCS),
59inch Cleaning Bru…
29
$7.99

5 in 1 Compatible for
Drain Snake Hair Drain
with 5 Packs Drain Auger
Clog Remover …
9,665
$7.99

63 Inch Drain Clog
Remover Tool + 4X50
Inch Drain Snake Hair
Remover, Flexible Meta…
36
-11% $6.99
Typical: $7.89

61 Inch Drain Snake Hair
Drain Clog Remover Tool
Set, Flexible Sink
Drain Cle…
18
-20% $7.99
Typical: $9.99

12 Pack Drain C
Snake(3pcs), 37
Sink Snake(2pc…
63
Amazon's Choice
$9.99

## 4 stars and above   Sponsored ⓘ

     

12 Pack Drain Clog
Remover Kit, 59" Drain
Snake(3pcs), 37" Steel
Sink Snake(2pcs), …
63
$9.99

7 Pack Drain Cleaner -
25inch Hair Clog
Remover Tool, Sticks To
Drain Hair, Sink Sn…
2,281
$7.99

FlexiSnake Drain Weasel
Sink Snake Hair Clog
Remover Tool, Pipe,
Bathroom, Bathtub …
35,364
$19.99

Drain Clog Remover, 25-
Inch Drain Hair Removal
Tool, Drain Hair Remover
Plumbing Sn…
459
$6.99

5 in 1 Compatible for
Drain Snake Hair Drain
with 5 Packs Drain Auger
Clog Remover …
9,665
$7.99

25 Inch Snake D
Remover Tool, I
Drain Cleaner T
Cather Sh…
7,
Amazon's Choice
$6.96

## Product description

11/10/25, 8:18 AM
Case 1:25-cv-14380 Document #: 1-2 Filed: 11/21/25 Page 33 of 45 PageID #:49
Dimont Drain Hair Clog Remover Tool, 14-Inch Stainless Steel Claw angle Pack of 4 for Hair Drain Unclogger Tool, Sink…

Our drain clog remover tool is your best choice.

1.Premium quality, effective to clean hairs and other blockages in bathroom.

2.Long enough to go deep into sink pipes and tubs .

3.Widely use for cleaning bathrooms, kitchen, sinks, tubs etc.

**Use our drainage cleaning tools to provide you with a comfortable and clean home life.**

Package Content:

1 x Stainless Steel Cleaner

12 x Plastic Drain Clog Remover Tools

## Product Videos

Jen's Favorites  Earns commissions
Does the clog remover work?

▶

-0:00

---

🔹 **Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it remove pet hair?    Does it require assembly?    Is it safe for all types of pipes?    Can it be used in toilets?

Is it reusable?

---

## Product information

### Item details                               Measurements

**Warranty & Support**

11/10/25, 8:18 AM    Omont Drain Hair Clog Remover Tool, 24 Inch Stainless Steel Claw Auger Snake, 4Pcs Flexible Sink Unclogger Tool, Sink…

Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 34 of 45 PageID #:50

Deliver to
Chicago 60602          All ▾

EN

Hello, Angie
Account & Lists

Returns
& Orders          0

Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## From the brand

Welcome to Omont – Where Home Harmony Begins! At Omont, we redefine your living spaces with a premium selection of exquisite home products. From luxurious bedding to contemporary kitchenware, our brand is dedicated to bringing comfort and style to every corner of your home.

**Omont Home & Liv**

## Important information

### Safety Information

Use with caution. Gently twist and push the tool to avoid damaging pipes. After use, clean the tool and store it properly.

### Directions

1. Insert the tool into the drain, using the handle to guide it. 2. Once you feel resistance, gently twist and push the tool to break up the clog. 3. Remove the tool and check if the drain is clear. If not, repeat the process until the drain is unclogged. 4. After use, clean the tool and store it properly.

## Related products with free delivery   Sponsored ⓘ

Deliver to
Chicago 60602

All

EN

Hello, Angie
Account & Lists

Returns
& Orders

0



The original Zip-It Hair Clog Remover 25-inch Overall Length Drain Snake Cleaner (3...

2,952

$14⁹⁵ ($4.98 / count)



25 Inch Sink Snake Drain Clog Remover Tool,6 Pack Drain Cleaner Hair Clog Remover T...

1,161

Amazon's Choice

$5⁹⁹



32 Inch Snake Drain Hair Removal Tool (6 Pack), Anti-Break Metal with Nylon Coating...

204

$9⁴⁷



Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible ...

21,630

$7⁹⁹

12 Pack Drain Clog Remover Kit, 59" Drain Snake(3pcs), 37" Drain Sink Snake(2pcs), ...

63

$9⁹⁹

61 Inch Drain Snake Drain Clog Remover Set, Flexible Sink Drain Cle...

18

-20% $7⁹⁹
Typical: $9.99

Sponsored

## Similar brands on Amazon

Sponsored



Green Gobbler Drain Clog Dissolver | Powerful Liquid Drain Opener & Toilet…

4.2     108,743

$23.68





Drain Foam Cleaner, Foam Drain Cleaner, Foaming Drains Clog Remover for…

3.9     207

$29.99



FlexiSnake D... Clog Remov…

4.4

$19.99

## Customer reviews

### 4.2 out of 5

19,144 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 16% |
| 3 star | | 10% |
| 2 star | | 4% |
| 1 star | | 6% |

How customer reviews and ratings work

## Customers say

Customers find the drain opener effective at clearing clogs and removing hair buildup, with one customer noting it works great for hair clogs. The tool is easy to use, particularly for sinks and tubs, and customers consider it a good value that saves money on plumbers. However, the product's sturdiness receives negative feedback, with customers reporting that the plastic parts break off easily and the metal claw is not well-made.

Generated from the text of customer reviews

Select to learn more

✓ Works well     ✓ Drain cleanliness     ✓ Ease of use     ✓ Quality     ✓ Value for money

✓ Hair removal     ⊖ Sturdiness     ⊖ Breakage rate

### Reviews with images

See all photos ›

## Review this product

Share your thoughts with other customers

Deliver to
Chicago 60602        All

Sponsored

EN    Hello, Angie    Returns    0
      Account & Lists  & Orders

   

## Top reviews from the United States

**Lyss**

**Works like a charm**

Reviewed in the United States on September 17, 2025

Style: Orange 12pcs Sink Snake+Steel Claw    Verified Purchase

This really does help unclog the drain and helps pull up the hair stuck in the drain. Great value for what you paid for this set. The metal one is great for grabbing little items that fell down the drain. Would buy again if I needed to.

Helpful        Report

**Kindle Customer**

**Works great!!**

Reviewed in the United States on September 17, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

I was a bit skeptical about the effectiveness of this product but was gleefully proven wrong. Works great! I used it in my master bathroom sink and guest bathroom tub and now water drains so nicely and unclogged. So much hair and gunk buildup!

Helpful        Report

**tony dadamo**

**works fine**

Reviewed in the United States on April 13, 2025

Style: Orange 3pcs Sink Snake+Steel Claw    Verified Purchase

works fine

Helpful        Report

**Windy M Greenway**

**If you have hair, you should have this in your house.**

Reviewed in the United States on August 9, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

I have six kids. Everyone has long or longish hair. Add to that body scrubs, conditioner, bath products, etc, and you can imagine what our drains look like. I needed help, and not a plumber, because who has time for a second job to pay for that? So, I decided to try this. Oh. My. Goodness. I could try and describe to you what I pulled out of the drain, but then I'd feel like I had to pay for your counseling. So, I'll just say that I felt like I should have put it in a box and buried it with a headstone next to our former guinea pig. The drain is super fast, now. Totally recommend. Works like a charm. Is easy to use. Perfect length.

Helpful        Report

**Stephanie**

**Just okay**

Reviewed in the United States on October 9, 2025

Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

These worked okay. While it did get some hair out of the drain, I found that it easily got stuck and when trying to remove from the drain the plastic started to break. I will use them, but next time I need to buy more I will probably search elsewhere.

Helpful        Report

**ElvenChaos**

**Excellent device**

Deliver to
Chicago 60602

All

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

to pull out of an old drain was insane! Typically, to get this much out of a drain, you'd have to take the pipes apart to clean out but this did the job with as little problem or mess as possible. One of the best, cheap buys this year!

Helpful    Report

@rei

**Good removal tool, but effective length is 17"**
Reviewed in the United States on January 12, 2020
Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

Used it for both bathtub and sinks. Even though it came coiled, the plastic is very flexible, but sturdy. The only thing I was afraid of was that it can break inside the drain and that would be a REAL problem. But everything worked pretty well. Sorry no pictures of the process as I am not going to make you puke with that disgusting stuff I took out of the drain. The tool is very handy and easy to use - the standard P-trap in the bathtub drain wasn't problem for it. Small but sharp tendrils cleared completely the drain. I didn't even twisted it or did any other weird movement. Just push it in and take out - you are done, almost..
I am sure you want to use it again and again in the future, so you need to clean this thing - that is the toughest part of the job. As those plastic tendrils are not going to let off the "loot" and you gonna spent some time.

Pros:
It is flexible and solid tool which definitely does it's job.
Ready to use as soon as you get it and it is reusable, but not sure how many times.

⌄ Read more

17 people found this helpful

Helpful    Report

Rich Reviews

**Gets the job done, but flimsy for tough clogs**
Reviewed in the United States on October 13, 2025
Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

Gets the job done, but flimsy for tough clogs

I bought this Omont drain hair remover set mainly for bathroom sink and tub clogs caused by hair buildup, and it's definitely a handy, inexpensive fix compared to calling a plumber. The flexible plastic snakes easily slide into the drain and pull out a surprising amount of hair and gunk. The metal claw tool is particularly useful for fishing out small objects or deeper clogs.

That said, durability is the main issue. The plastic teeth can bend or break if you twist too hard or encounter a tight bend, and the metal claw feels a bit light-duty. It's best suited for light to moderate clogs — not hardened blockages. After a few uses, I noticed some wear and bending at the base of the tools.

For under $10, though, this set pays for itself after one use, and it's safer than chemical drain cleaners. Just don't expect it to last forever or handle heavy-duty clogs.

⌄ Read more

Helpful    Report

See more reviews ›

## Top reviews from other countries

Muhammad

**Recommended**
Reviewed in Australia on February 9, 2025
Style: Orange 5pcs Sink Snake+Steel Claw    Verified Purchase

11/10/25, 8:18 AM
Case 1:25-cv-14280 Document #: 1-2 Filed: 11/21/25 Page 38 of 45 PageID #: 54
Amazon.com: Drain Snake Drain Hair Clog Remover Tool 14.2 Inch Stainless Steel Claw anger Pack of 4 for Flying Sink Unclogger Tool, Sink...

Deliver to
Chicago 60602

All

EN

Hello, Angie
Account & Lists

Returns
& Orders

0

Kindle Customer

**Great tool**

Reviewed in Canada on September 1, 2025
Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Great product to have for bath tubs and sinks removed all the gunk. Im very pleased with this product.

Report

George

**It works**

Reviewed in Australia on July 3, 2021
Style: Green 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Pulls out clumps of hair and unclogs the pipe in minutes. A few attempts is required to get all the hair out. You'll have a clean pipe in the time it takes to ring a plumber.

Report

jinkie

**Not stainless**

Reviewed in the United Arab Emirates on December 29, 2023
Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Gets rusty

Report

Amazon Customer

**Amazing product.**

Reviewed in Canada on January 11, 2025
Style: Orange 5pcs Sink Snake+Steel Claw    **Verified Purchase**

Pulled a massive handful of hair and gunk out with ease. Bath drain hasn't worked so well in years.

Report

See more reviews ›

---

**Best Sellers in Industrial & Scientific**                              Page 1 of 5

Deliver to
Chicago 60602
All

EN
Hello, Angie
Account & Lists
Returns
& Orders
0









MedPride Powder-Free
Nitrile Exam Gloves, Iris
Blue, Medium, Box/100
101,078
#1 Best Seller
$9 99 ($0.10/count)
Overnight by 8:00
AM

Supmedical Soft
Max™ Nitrile Exam
Gloves, 100 Count Latex-
Free Powder-Free Non-…
19,744
#1 Best Seller
-13% $8 68 ($0.09/count)
List: $9.98
Overnight by 8:00
AM

Amazon Brand - Presto!
Flex-a-Size Paper Towels,
158 Sheet Huge Roll, 12
Rolls (2 Packs of 6),…
114,300
$28 40 ($1.50/100 Sheets)
FREE Delivery
Wednesday, Nov 12
✓ 1 sustainability
certification

Command Large Picture
Hanging Strips, White,
Holds up to 16 lbs, 14-
Pairs, Easy to Open…
108,401
-32% $9 57
List: $13.99
FREE Delivery
Wednesday, Nov 12

Molly's Suds Dishwasher
Pods | Clean Dishwasher
Detergent, Cuts Grease &
Rinses Clean (Residue-…
6,820
#1 Best Seller
$19 99 ($0.33/count)
Overnight by 8:00
AM

## Customers who viewed items in your browsing history also viewed

Page 1 of 6











FlexiSnake Drain Weasel
Sink Snake Hair Clog
Remover Tool, Pipe,
Bathroom, Bathtub
Cleaner, 18-inch, Made …
35,364
$19 99
Overnight by 8:00
AM

Drain Snake, Drain Clog
Remover - Gutter
Cleaning Tools Drain
Cleaner for Toilet Sewer
Shower Kitchen…
3,940
$13 99
Overnight by 8:00
AM

35inch Drain Clog
Remover, Drain Cleaner
Hair Clog Remover with
Rotating Handle and 7…
279
Amazon's Choice
$7 99
FREE Delivery
Wednesday, Nov 12

ARTIC EAGLE Drain
Snake Hair Drain Clog
Remover - 3 Pack Shower
Snake Sink Unclogger
Tool with Exquisite…
9,034
-25% $5 99 ($2.00/count)
List: $7.99
Overnight by 8:00
AM

The original Zip-It Hair
Clog Remover 25-inch
Overall Length Drain
Snake Cleaner (3-Pack),
Unclog Your Sink,…
2,952
$14 95 ($4.98/count)
Overnight by 8:00
AM

## Your Browsing History   View or edit your browsing history

Page 1 of 4

         

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | |
| Amazon Devices | | Gift Cards | |

Become an Amazon Hub Partner

› See More Ways to Make Money

Deliver to
Chicago 60602

All

Hello, Angie
Account & Lists

Returns
& Orders

EN

Help

0

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Case: 1:25-cv-12280 Document #: 1-2 Filed: 11/21/25 Page 41 of 45 PageID #:57



Why choose our drain clog remover ?

- Best quality: PP + stainless steel materials with good toughness

- Long enough (19.7 inch ) to go deep into sink pipes

- If you have any question about our product, please tell us, we will help you.

**How to use plastic drain clog remover tool?**

Package include:

1x Stainless steel cleaner

5x Plastic drain clog remover tools

**Product Videos**



**Product information**

| Item details | | Measurements | |
|---|---|---|---|
| Brand Name | Omont | Item Weight | 0.13 Kilograms |
| Product Benefits | Removes Clog | | |
| Manufacturer | Omont | | |
| UPC | 600380412075 | | |
| Customer Reviews | 4.2 ★★★★☆ ∨ (19,153) 4.2 out of 5 stars | | |
| Best Sellers Rank | #30,702 in Tools & Home Improvement (See Top 100 in Tools & Home Improvement) #65 in Drain Augers | | |
| ASIN | B073GTXVM5 | | |
| Unit Count | 6.0 Count | | |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price? ∨

**From the brand**



Welcome to Omont – Where Home Harmony Begins! At Omont, we redefine your living spaces with a premium selection of exquisite home products. From luxurious bedding to contemporary kitchenware, our brand is dedicated to bringing comfort and style to every corner of your home.

**Omont Home & Living**

**Omont Home & Liv**

**Important information**

**Safety Information**

CAUTION: This product contains harsh chemicals. Use gloves and avoid contact with skin and eyes. Keep out of reach of children. In case of contact, rinse immediately with plenty of water and seek medical advice. Do not ingest. Use in a well-ventilated area. Dispose of contents and container in accordance with local, state, and federal regulations.

**Directions**

11/21/25, 11:29 AM
Case: 1:25-cv-12280 Document #: 1-2 Filed: 11/21/25 Page 43 of 45 PageID #:50
Omont 6 Pack Flexible Hair Remover Tool with Flexible Stick Snake Tools for Clogged Pipes and Sewer drainage Drain Cleaner - Ama…

1. Insert the tool into the clogged pipe, bending it as needed to navigate the pipe. 2. Use the claw to grip and remove hair and other blockages. 3. Repeat as necessary until the pipe is clear. 4. Dispose of the removed blockages properly.

## Products related to this item
Sponsored ⓘ

**Forlivese 6 Pack 25 Inch Drain Snake,Drain Clog Remover,Hair Catcher Tool,Flexible …**
★★★★☆ 21,718
Black Friday Deal
-20% **$6**⁹⁹
Typical price: $7.99
✓prime

**StarHelper Drain Snake,61 Inch Hair Drain Clog Remover- Flexible Gutter Cleaning To…**
★★★★☆ 28
**$9**⁹⁹
✓prime

**Hair Catcher Drain Auger Cleaner Tool Set - 1 × 53 Inch Sink Snake + 1 × 35 Inch Dr…**
★★★★☆ 25
List: $12.99
-38% **$7**⁹⁹
✓prime

**Ehigta Flexible grabberDrain Snake Tool - The Ultimate 6 1Inch Flexible Grabber for …**
★★★★☆ 25
**$9**⁹⁹
You pay $8.99 with coupon

**Drain Snake Drain Clog Remover Tool, 6PCS Hair Drain Cleaner Tool, Hair Catcher Sh…**
★★★★★ 7,762
Amazon's Choice
**$6**⁹⁶
✓prime

**Hair Drain Clog Remover Tool – 6 × 25-Inch Drain Snake + 1 × 24-Inch Drain Cleaner T…**
★★★★☆ 11,281
**$5**⁹⁹ ($5.99 / count)
✓prime

**32 Inch Drain Snake, Anti-Break Metal Hair Removal Tool with Nylon Coating Sink Sna…**
★★★★☆ 218
**$8**⁷⁷
✓prime

Sponsored ⓘ

## Similar brands on Amazon
Sponsored ⓘ

**Drano Max Gel Drain Clog Remover and Cleaner for Shower or Sink Drains,…**
★★★★☆ 4.5 71,225
$8.52 List: $9.69

**FlexiSnake Drain Weasel Sink Snake Clog Remover Tool, Pipe, Bathroom,…**
★★★★☆ 4.4 35,414
$19.75

**Drain Snake, Drain Clog Remover – Gutter Cleaning Tools Drain Cleaner fo…**
★★★★☆ 3.9 4,041
$13.99

**SAGEFIND Sticks | Qu…**
★★★★☆ 4.2
$16.99

## Customer reviews
★★★★☆ 4.2 out of 5
19,153 global ratings

| | | |
|---|---|---|
| 5 star | | 64% |
| 4 star | | 16% |
| 3 star | | 10% |
| 2 star | | 4% |
| 1 star | | 6% |

How customer reviews and ratings work ⌄

### Customers say
Customers find the drain opener effective at clearing clogs and removing hair buildup, with one customer noting it works great for hair clogs. The tool is easy to use, particularly for sinks and tubs, and customers consider it a good value that saves money on plumbers. However, the product's sturdiness receives negative feedback, with customers reporting that the plastic parts break off easily and the metal claw is not well-made.

☑ Generated from the text of customer reviews

Select to learn more
✓ Works well (1.1K)   ✓ Drain cleanliness (553)   ✓ Ease of use (442)   ✓ Quality (424)
✓ Value for money (371)   ✓ Hair removal (322)   ⊝ Sturdiness (184)   ⊝ Breakage rate (164)

### Reviews with images
See all photos›

### Top reviews from the United States

Lyss
★★★★★ **Works like a charm**
Reviewed in the United States on September 17, 2025
Style: Orange 12pcs Sink Snake+Steel Claw  Verified Purchase
This really does help unclog the drain and helps pull up the hair stuck in the drain. Great value for what you paid for this set. The metal one is great for grabbing little items that fell down the drain. Would buy again if I needed to.
Helpful   Report

Cliente de Amazon
★★★★★ **good product**
Reviewed in the United States on November 15, 2025
Style: Orange 3pcs Sink Snake+Steel Claw  Verified Purchase
Good product, so far I've only tried the plastic ones but they worked very well.
Helpful   Report

Amazon Customer
★★★★☆ **Have patience while your doing it.**
Reviewed in the United States on November 9, 2025
Style: Orange 3pcs Sink Snake+Steel Claw  Verified Purchase
It does the job, not bad for the price.
Helpful   Report

Windy M Greenway
★★★★★ **If you have hair, you should have this in your house.**
Reviewed in the United States on August 9, 2025
Style: Orange 3pcs Sink Snake+Steel Claw  Verified Purchase
I have six kids. Everyone has long or longish hair. Add to that body scrubs, conditioner, bath products, etc, and you can imagine what our drains look like. I needed help, and not a plumber, because who has time for a second job to pay for that? So, I decided to try this. Oh. My. Goodness. I could try and describe to you what I pulled out of the drain, but then I'd feel like I had to pay for your counseling. So, I'll just say that I felt like I should have put it in a box and buried it with a headstone next to our former guinea pig. The drain is super fast, now. Totally recommend. Works like a charm. Is easy to use. Perfect length.
Helpful   Report

11/21/25, 11:29 AM
Case: 1:25-cv-14228 Document #: 1-2 Filed: 11/21/25 Page 44 of 45 PageID #:60
Omont 5 Pcs Drain Hair Remover Tool - Flexible Sink Snake Tool for Clogged Pipes and Tubes, Drainage Drain Cleaner - Ama...



Stephanie

★★★☆☆ Just okay

Reviewed in the United States on October 9, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

These worked okay. While it did get some hair out of the drain, I found that it easily got stuck when trying to remove from the drain the plastic started to break. I will use them, but next time I need to buy more I will probably search elsewhere.

Helpful | Report

Kindle Customer

★★★★★ Works great!!

Reviewed in the United States on September 17, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

I was a bit skeptical about the effectiveness of this product but was gleefully proven wrong. Works great! I used it in my master bathroom sink and guest bathroom tub and now water drains so nicely and unclogged. So much hair and gunk buildup!

Helpful | Report

ElvenChaos

★★★★★ Excellent device

Reviewed in the United States on October 20, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

This snake has a grabber claw on the end of it that you control. The amount of hair and build up I was able to pull out of an old drain was insane! Typically, to get this much out of a drain, you'd have to take the pipes apart to clean out but this did the job with as little problem or mess as possible. One of the best, cheap buys this year!

Helpful | Report

@rei

★★★★★ Good removal tool, but effective length is 17"

Reviewed in the United States on January 12, 2020
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

Used it for both bathtub and sinks. Even though it came coiled, the plastic is very flexible, but sturdy. The only thing I was afraid of was that it can break inside the drain and that would be a REAL problem. But everything worked pretty well. Sorry no pictures of the process as I am not going to make you puke with that disgusting stuff I took out of the drain. The tool is very handy and easy to use - the standard P-trap in the bathtub drain wasn't problem for it. Small but sharp tendrils cleared completely the drain. I didn't even twisted it or did any other weird movement. Just push it in and take out - you are done, almost..
I am sure you want to use it again and again in the future, so you need to clean this thing - that is the toughest part of the job. As those plastic tendrils are not going to let off the "loot" and you gonna spent some time.

Pros:
It is flexible and solid tool which definitely does it's job.
Ready to use as soon as you get it and it is reusable, but not sure how many times.
5 items is a plus for sure and don't forget about the extra item - extractor. Haven't tried it yet.
∨ Read more

17 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Muhammad

★★★★★ Recommended

Reviewed in Australia on February 9, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

Nice

Report

Kindle Customer

★★★★★ Great tool

Reviewed in Canada on September 1, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

Great product to have for bath tubs and sinks removed all the gunk. Im very pleased with this product.

Report

George

★★★★★ It works

Reviewed in Australia on July 3, 2021
Style: Green 5pcs Sink Snake+Steel Claw | Verified Purchase

Pulls out clumps of hair and unclogs the pipe in minutes. A few attempts is required to get all the hair out. You'll have a clean pipe in the time it takes to ring a plumber.

Report

jinkie

★★★☆☆ Not stainless

Reviewed in the United Arab Emirates on December 29, 2023
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

Gets rusty

Report

Amazon Customer

★★★★★ Amazing product.

Reviewed in Canada on January 11, 2025
Style: Orange 5pcs Sink Snake+Steel Claw | Verified Purchase

Pulled a massive handful of hair and gunk out with ease. Bath drain hasn't worked so well in years.

Report

See more reviews ›



Sponsored ⓘ

