IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Imagination Products Corp, | Case No.: 25-cv-14280 |
| Plaintiff, |  |
| v. | Judge: Hon. Robert W. Gettleman |
| ComingHere Direct, Omont, OneHere Direct, Shrightled, YUNCHUANGGUAN | Magistate: Hon. Gabriel A. Fuentes |
|  | JURY DEMAND |
| Defendants. |  |

**PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY ORDER**

Plaintiff seeks entry of an *ex parte* Expedited Discovery Order on an action arising out of claims of infringement of Plaintiff's registered trade dress.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this December 23, 2025

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
33 N. Dearborn Street, Suite #1000
Chicago, IL 60602
(312) 945-8540
kevin.keener@keenerlegal.com