IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Imagination Products Corp,<br><br>    Plaintiff,<br>v.<br><br>ComingHere Direct, Omont,<br>    OneHere Direct, Shrightled,<br>    YUNCHUANGGUAN<br><br>    Defendants. | Case No.: 25-cv-14280<br><br>Judge: Hon. Robert W. Gettleman<br><br>Magistate: Hon. Gabriel A. Fuentes<br><br>JURY DEMAND |

## ORDER

Plaintiff, Imagination Products Corp ("Plaintiff"), having filed a complaint for trade dress infringement, and having moved *ex parte* for early discovery and alternative service of process, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

1. This Court has subject matter jurisdiction over the subject matter of this case;

2. This Court has good cause to believe the Court will have jurisdiction over the Defendants because they likely directly target their business activities toward consumers in the United States, including Illinois, and offering to sell and/or ship the below allegedly infringing products into this Judicial District through Amazon.com:

| Store Name | Seller ID | Infringing ASINs |
|---|---|---|
| COMINGHERE DIRECT | AL5E5MSV9Z51Z | B08X4N55NF |

1

| OMONT | A1JX8BUSMUAXJP | B08BLBRPZP; B07GS25CPR; B073GTXVM5 |
|---|---|---|
| ONEHERE DIRECT | AHIYLBQ6X46N3 | B08L6G3PF3 |
| SHRIGHTLED | A34M64IZHXBW3R | B0DYZFPKHQ |
| YUNCHUANGGUAN | A2X3AQWWJVLT8P | B0FHGPSMJC |

**It is ordered:**

1. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/operate; and (c) documents sufficient to show total revenues generated from the sale of the Accused Products on their websites and Amazon.com.

2. Plaintiffs may immediately commence discovery by providing actual notice of this Order and an appropriate subpoena (if necessary) to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any merchant account providers, payment provider, third party processors, that receive payments or hold assets on Defendants' behalf, specifically Amazon.com, Inc; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, who have provided services for Defendants, specifically Amazon.com, Inc. Such Third-Parties shall provide responses within fourteen (14) days.

3. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail to the e-mail addresses provided for Defendants by Amazon.com, Inc. Providing notice via e- mail, along with any notice that Defendants receive from

webstore hosts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

DATED: <u>December 24, 2025</u>         _____
                                         Robert W. Gettleman
                                         United States District Court Judge